DIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DIRECTV INC.,                                                :   03-CV-4590 (ARR)(VVP)
                                                             :
                    Plaintiff,                               :
    -against-                                                :   NOT FOR
                                                             :   PRINT OR ELECTRONIC
GREGORY RODRIGUEZ,                                           :   PUBLICATION
                                                             :
                    Defendant.                               :   ORDER
                                                             :
------------------------------------------------------------ X

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated April 13, 2007, from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the court orders that plaintiff be awarded statutory damages in the amount of $2,000.00. The court further orders that plaintiff be awarded $780.76 in attorneys' fees and costs. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

                                                 _____
                                                 Allyne R. Ross
                                                 United States District Judge

Dated: June 25, 2007
       Brooklyn, New York

1

SERVICE LIST:

Plantiff's Attorney
Mario Aieta
Fross Zelnick Lehrman & Zissu P.C.
866 United Nations Plaza
@ First Avenue & 48th Street
New York, NY 10017


Defendant
Gregory Rodriguez
474 Main Avenue
Staten Island, NY 10314


cc:    Magistrate Judge Pohorelsky